Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER ROBERT NOLAND<br><br>Plaintiff,<br><br>v.<br><br>JOHN KENNEDY FOR US, a political committee; WINRED INC., a corporation; WINRED TECHNICAL SERVICES, LLC, a limited liability company; and JOHN DOES 1-10, et al.,<br><br>Defendants. | Case No. 2:26-cv-03731-TL<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Time to Respond to Complaint (the "Motion"). The Court, having considered the Motion and having found good cause for the extension, hereby GRANTS the Motion and ORDERS that the deadline for Defendant to submit its response to the Complaint is December 7, 2026.

Dated this 13th day of November, 2026.

HONORABLE TANA LIN

//

//

//

Presented by:

SNELL & WILMER L.L.P.

By: *s/Benjamin C. Woodruff*
Amit D. Ranade, WSBA # 34878
Benjamin C. Woodruff, WSBA # 56618
600 University Street, Suite 310
Seattle, WA 98101-3122
Telephone: 206.741.1420
aranade@swlaw.com;
bwoodruff@swlaw.com

*Attorneys for Defendant*

By: *s/Christopher Robert Noland (w/permission)*
Christopher Robert Noland, Pro Se
4807 Black Forest Lane
Everett, WA 98203
(310) 871-3882
chrisnoland@icloud.com

*Pro Se Plaintiff*

4926-6348-4384